UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRA M. DEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | )   No. 4:24-cv-00494-MTS |
| THE CITY OF ST. LOUIS SHERIFF'S OFFICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. Under Federal Rule of Civil Procedure 11, "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented." Further, Local Rule 2.11 recognizes a "person's name on a signature block" as a signature only if that person made "[a]n authorized filing . . . through [that] person's electronic filing account." The Court had informed this Plaintiff of this requirement before. *See, e.g.*, *Dean v. Stobie*, 4:24-cv-00184-SRC, ECF No. 5 (E.D. Mo. March 1, 2024). Nevertheless, in this case, Plaintiff provided "signatures" only through her typed name. As has been made known to Plaintiff, that practice does not suffice. Because Dean has failed to sign the Complaint and the Application to Proceed in District Court without Prepaying Fees or Costs, the Court will Order her to submit a First Amended Complaint and a new application to proceed in district court without prepaying fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Tuesday, July 23, 2024**, Plaintiff Dean shall file a complaint on the Court-provided form and file a new application to proceed without prepayment of fees and costs.  If Plaintiff Dean fails to comply with this Memorandum and Order, the Court will dismiss this action without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide Plaintiff Dean with a civil complaint form and an application to proceed in district court without prepaying fees or costs.

Dated this 2nd day of July 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE